# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:05MJ125** |
| | ) | |
| v. | ) | |
| | ) | **ORDER FOR DISMISSAL** |
| **LEONARD G. RONDEAU,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**IT IS ORDERED** the Motion for Dismissal (Filing No. 2) in the above-captioned case is granted.

DATED this 8th day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge